ACCEPTED
14-15-00459-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 10:59:02 AM
CHRISTOPHER PRINE
CLERK

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

COURT OF APPEALS NUMBER: 14-15-00459-CV
TRIAL COURT CASE NUMBER: 14-DCV-223562

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 10:59:02 AM
CHRISTOPHER A. PRINE
Clerk

CAUSE NUMBER 2010-19083

| | | |
|---|---|---|
| IN THE INTERST OF | § | IN THE DISTRICT COURT |
| | § | |
| EMILIA MARISSA GARCIA, | § | |
| | § | 257TH JUDICIAL DISTRICT |
| VICTORIA MELISSA GARCIA, | § | |
| | § | |
| and ISABELLA MELODIE | § | |
| GARCIA, | § | HARRIS COUNTY, TEXAS |
| MINOR CHILDREN | § | |

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Appellant Gabriel Garcia files this Motion for Extension of Time to File Notice of Appeal pursuant to TEX. R. APP. P. 26.3 and would respectfully show:

Appellant is appealing from an appealable order signed by the 257th Family District Court of Harris County on January 30, 2015, in the case styled In the Interest of Emilia Marissa Garcia, Victoria Melissa Garcia, and Isabella Melodie Garcia, Minor Children, Cause Number 2010-19083. The deadline to file the Notice of Appeal was April 30, 2015. The Notice of Appeal was filed in the trial court on May 13, 2015. Appellant seeks an extension of time until May 15, 2015, to file the Notice of Appeal.

This extension of time is necessary because there were pending motions regarding this cause number and I understood the presiding Judge's statements on

1

April 9, 2015, and April 27, 2015, to mean that the appealable order was pending and not final until my last motions were decided and subsequently entered on May 1, 2015. This extension of time is not sought for the purposes of delay, but so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file the Notice of Appeal until May 15, 2015. Appellant also requests all other relief to which Appellant is justly entitled.

Dated: June 1, 2015

Respectfully submitted,

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax: 713-802-9174
Email: txnylaw@yahoo.com

ATTORNEY FOR GABRIEL GARCIA

CAUSE NUMBER 2010-19083

| | | |
|---|---|---|
| IN THE INTERST OF | § | IN THE DISTRICT COURT |
| | § | |
| EMILIA MARISSA GARCIA, | § | |
| | § | 257TH JUDICIAL DISTRICT |
| VICTORIA MELISSA GARCIA, | § | |
| | § | |
| and ISABELLA MELODIE | § | |
| GARCIA, | § | HARRIS COUNTY, TEXAS |
| MINOR CHILDREN | § | |

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Gabriel Garcia, who, being duly sworn, stated that he has read this Motion for Extension of Time to File Notice of Appeal and that the statements therein are within his personal knowledge and are true and correct.

_____
GABRIEL GARCIA

SUBSCRIBED AND SWORN TO BEFORE ME on June ___1___ , 2015.

_____
Notary Public in and for the State of Texas

Arthur Adan Urdiales.
_____
(Printed Name of Notary)



ARTHUR ADAN URDIALES
Notary Public, State of Texas
My Commission Expires
November 02, 2016

3

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is opposed to this motion.

_____
SHARON E. HERNANDEZ

## CERTIFICATE OF SERVICE

I certify that on June _____, 2015, I emailed and mailed a copy of this motion to the following counsel by mail by depositing it in the mail postpaid and properly addressed to FABIO & MERRILL, Twelve Greenway Plaza, Suite 101, Houston, Texas 77046, counsel for Respondent-Appellee, Dulce Beker, at:

FABIO & MERRILL
Twelve Greenway Plaza, Suite 101
Houston, Texas 77046
fabiomerrill@aol.com

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax:   713-802-9174
Email:  txnylaw@yahoo.com
ATTORNEY FOR GABRIEL GARCIA

## CERTIFICATE OF SERVICE

I certify that on June \_\_\_\_, 2015, I emailed and mailed a copy of this motion to the following counsel by mail by depositing it in the mail postpaid and properly addressed to Ms. Jan R. Cohen, Office of Jan R. Cohen, Attorney at Law, 3040 Post Oak Boulevard, Suite 1020, Houston, Texas 77056, co-counsel for Petitioner-Appellant, Gabriel Garcia, at:

> Ms. Jan R. Cohen
> Office of Jan R. Cohen
> Attorney at Law
> 3040 Post Oak Boulevard, Suite 1020
> Houston, Texas 77056
> janrcohen@gmail.com

Dated: June 1, 2015

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax:  713-802-9174
Email: txnylaw@yahoo.com
ATTORNEY FOR GABRIEL GARCIA

## CERTIFICATE OF COMPLIANCE

I certify that this document is in compliance with Rule 9 of the Texas Rules of Appellate Procedure. This document is 5 pages in length and contains 717 words.

SHARON E. HERNANDEZ

5